# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PATSY ANN STAFFORD**                                             **PLAINTIFF**

vs.                               **NO. 3:05CV00250 GTE**

**UNITED PARCEL SERVICE, INC.**                            **DEFENDANT**

### ORDER OF DISMISSAL

The parties have advised the Court that this case has been compromised and settled and therefore should be dismissed with prejudice.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case, be and it is hereby, dismissed with prejudice and all motions are moot.

SO ORDERED this 20th day of October, 2006.

                                                         _/s/ Garnett Thomas Eisele_____
                                                         UNITED STATES DISTRICT JUDGE